IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**OCWEN LOAN SERVICING, LLC,**

      **Plaintiff,**

v.

      Civil Action No: 3:14-CV-03413-N-BK

**MOHAMMED HASHEMI, SHELBY L. LYTLE, BRIANNA LYTLE, GUILD MORTGAGE CO., and FIRST UNITED BANK & TRUST CO.,**

      **Defendants.**

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case.  No objections were filed.  The District Court reviewed the proposed findings, conclusions and recommendation for plain error.  Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 16th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE